**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCES WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PCL INDUSTRIAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01350 LJO JLT<br><br>ORDER TO PLAINTIFF'S ATTORNEYS TRACY NEAL-LOPEZ AND RODNEY MESRIANI TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO SEEK ADMISSION TO THIS COURT |

　　　　In this action, the plaintiff asserts she suffered discrimination, harassment and retaliation, among other claims, while employed by the defendant. (Doc. 1 at 37-50) The defendants removed this action to this Court on September 12, 2016. (Doc. 1) When that occurred, the Clerk of the Court noticed that plaintiff's counsel were not admitted to this Court and on September 13, 2016, directed them to submit a petition to practice in this District. (Doc. 3) Nevertheless, neither Tracy Neal-Lopez nor Rodney Mesriani has taken any action to do so. Therefore, the Court **ORDERS**:

///

///

///

///

///

1

1. **No later than December 9, 2016**, attorneys Tracy Neal-Lopez and Rodney Mesriani **SHALL** show cause in writing why they should not be sanctioned for failing to seek admission to this Court. Alternatively, within this same time frame, they may seek to withdraw as counsel of record or may seek to be admitted to this Court.

IT IS SO ORDERED.

Dated:  **December 1, 2016**                              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE