# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PCL INDUSTRIAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01350 LJO JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO DELETE ATTORNEY RODNEY MESRIANI AS ATTORNEY OF RECORD FOR THE PLAINTIFF |

　　　　On December 1, 2016, the Court ordered Rodney Mesriani and Tracy Neal-Lopez to show cause why sanctions should not be imposed for practicing in this court without first becoming a member. (Doc. 4) Notably, this was nearly three months after the Clerk of the Court had directed counsel to seek membership in the court. (Doc. 4)

　　　　After the Court issued its order to show cause, Ms. Neal-Lopez sought admission and was admitted. However, Mr. Mesriani failed to seek admission and completely failed to respond to the Court's order to show cause.

///

///

///

///

///

1

Thus, the Court **ORDERS**:

1. The Clerk of the Court is **DIRECTED** to delete Rodney Mesriani from the docket as counsel of record for the plaintiff after serving him notice of entry of this order.  He **SHALL NOT** be permitted to appear in this or any other action in this Court or to file documents in this or any other action in this Court without first obtaining membership.

IT IS SO ORDERED.

Dated:   **December 14, 2016**  　　　　　　　／s／ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2