UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES WHITE, an Individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PCL INDUSTRIAL SERVICES, INC.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01350-LJO-JLT<br><br>**[~~PROPOSED~~] ORDER CLOSING CASE (Doc. 13)** |

The parties have stipulated to dismiss the action with prejudice. (Doc. 13) Federal Rules of Civil Procedure 41permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　Dated: __**August 4, 2017**__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
**STIPULATED NOTICE OF DISMISSAL**